# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 13, 2012

No. 11-20096

Lyle W. Cayce
Clerk

PATTI WHITMIRE CARLTON; CAROLE KEENEY HARRINGTON;
PAMELA REED;

Plaintiffs - Appellants

v.

HOUSTON COMMUNITY COLLEGE SYSTEM; CHRIS OLIVER; NORMAN
NIELSEN; MARY SPANGLER; DANIEL SEYMOUR,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CV-3239

Before REAVLEY, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Patti Whitmire Carlton, Carole Keeney Harrington, and Pamela Reed appeal the district court's summary judgment on their First Amendment retaliation claims. We have carefully considered the pertinent portions of the record in light of the parties' briefs and oral arguments. We conclude Appellants have not demonstrated any error warranting reversal. AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.